**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

ISAURO MORAN-GUILLERMO, a.k.a.
Isauro Moran-Guilermo,

       Defendant - Appellant.

No. 13-10512

D.C. No. 4:13-cr-00833-CKJ-
HCE-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Mark W. Bennett, District Judge, Presiding

Submitted April 22, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

    Isauro Moran-Guillermo appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Moran-Guillermo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moran-Guillermo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Moran-Guillermo has waived his right to appeal his reentry of a removed alien conviction and 46-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**